■ BRENT HOWARD et al., Appellants, v POSEIDON POOLS, INC., et al., Defendants, and NATIONAL SPA AND POOL INSTITUTE et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Howard v Poseidon Pools* ([appeal No. 1] 134 AD2d 926 [decided herewith]). (Appeal from order of Supreme Court, Allegany County, Horey, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.

■ BRENT HOWARD et al., Respondents, v POSEIDON POOLS, INC., et al., Defendants, and RECREATIONAL DISTRIBUTOR WAREHOUSE, INC., et al., Appellants (Appeal No. 3.)—Order insofar as appealed from unanimously reversed on the law without costs and plaintiffs' cross motion denied. Same memorandum as in *Howard v Poseidon Pools* ([appeal No. 1] 134 AD2d 926 [decided herewith]). (Appeal from order of Supreme Court, Allegany County, Horey, J.—add cause of action.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.

■ In the Matter of MICHAEL J. N.—Appeal unanimously dismissed without costs *(see, Matter of Tanya B.,* 127 AD2d 1011). (Appeal from order of Onondaga County Family Court, Barth, J.—juvenile delinquency.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.